# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL CAMPBELL,** | }<br>} |
| **Plaintiff,** | }<br>} |
| v. | } Case No.: 2:16-cv-01061-RDP<br>} |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,** | }<br>}<br>} |
| **Defendant.** | |

## ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal with Prejudice (Doc. # 37), filed May 5, 2017, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this May 5, 2017.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

.